Ludwig A. Hirz, Plaintiff-Appellee, v. Stephen Lee and Lillian H. Lee, Defendants-Appellants.

Gen. No. 49,766.

First District, Second Division.

November 16, 1965.

Alfred M. Loeser, of Chicago, for appellants; Greenstein & Solotke, of Chicago (Gerald M. Chapman, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.